JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTRADITION TRANSPORT OF AMERICA, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> HOUSTON CASUALTY COMPANY, INC., et al., <br><br> Defendants. | NO. ED CV 12-1646 FMO (SPx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED that judgment is entered in favor of plaintiff Extradition Transport of America, L.L.C. ("ETA") and against Houston Casualty Company, Inc. ("HCC") on the issue of whether HCC has a duty to assign Cumis counsel to ETA in the underlying action.

Dated this 17th day of March, 2014.

/s/
Fernando M. Olguin
United States District Judge